UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 13-CIV-22042-SCOLA/VALLE

NANCIE JEAN CUMMINGS,

    Plaintiff,

    v.

REECCA M. BLANK, et al.

    Defendants.
_____

**OMNIBUS ORDER ON PLAINTIFF'S MOTION FOR
CONTINUANCE AND DEFENDANTS' DISCOVERY RELATED MOTIONS**

THIS MATTER is before the Court upon the following motions: (i) Plaintiff's Emergency Motion for a Continuance for All Discovery Related Matters in Order to Interview/Retain Formal Legal Counsel (ECF No. 77); (ii) Defendants' Motion to Compel Discovery (ECF No. 78); (iii) Defendants' Motion for Extension of Time to File Joint Interim Report and to File Proposed Order Scheduling Mediation (ECF No. 79); and (iv) Defendants' Motion to Compel Plaintiff to Appear for Deposition (ECF No. 82). The Honorable Robert N. Scola, Jr. has referred the case to the undersigned for all pretrial matters. *See* (ECF No. 71). The Court has reviewed the various Motions and the record in this case. The parties have not filed opposing briefs to any of the motions listed above and the time to file a response has lapsed. Accordingly, being fully advised on the matter, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Emergency Motion for a Continuance for All Discovery Related Matters in Order to Interview/Retain Formal Legal Counsel (ECF No. 77) is **GRANTED IN PART AND DENIED IN PART** as discussed below.

2. Defendants' Motion to Compel (ECF No. 78) is **DENIED WITHOUT PREJUDICE**.

3. Defendants' Motion for Extension of Time to File Joint Interim Report and to File Proposed Order Scheduling Mediation (ECF No. 79) is **GRANTED**; and

4. Defendants' Motion to Compel Plaintiff to Appear for Deposition (ECF No. 82) is **DENIED WITHOUTH PREJUDICE**.

## BACKGROUND

Plaintiff has filed claims against numerous Defendants, including her current employer, alleging violations of Title VII and the Age Discrimination in Employment Act. *See* (ECF No. 1). Defendants have filed motions to dismiss, which are separately pending before the Court. For purposes of the instant motions, the Court has reviewed the procedural history of the case and recognizes Plaintiff pro se status. Therefore, the Court's ruling on the instant motions is an effort to move this matter forward pending a ruling on the motions to dismiss.

## ANALYSIS

This case is currently scheduled for the two-week trial period commencing on November 3, 2014. The deadline to complete discovery is June 13, 2014. Based on the record, it appears that the parties have not engaged in any substantive discovery. In fact, Defendants have filed a motion to compel responses to discovery demands and a motion to compel Plaintiff's deposition. *See* (ECF Nos. 78 and 82). Appearing pro se, Plaintiff has filed what she captioned an

Emergency Motion for a Continuance for All Discovery Related Matters in Order to Interview/Retain Formal Legal Counsel (ECF No. 77) (the "Motion for a Continuance").

In the interest of justice and in recognition of Plaintiff's pro se status, the Court will grant Plaintiff a 20-day period of time to secure counsel to represent her in this case. During this time, discovery is stayed and Plaintiff need not respond to Defendants' current discovery demands or motions. The current discovery deadline of June 13, 2014 is also extended by 20 days to July 3, 2014. As a result of the 20-day stay of this case, Defendants' current Motion to Compel Discovery (ECF No. 78) and Motion to Compel Plaintiff's Deposition (ECF No. 82) are denied without prejudice. Defendants can renew their requests if necessary once the 20 days have lapsed.

Plaintiff is strongly encouraged to use the 20 days to seek the assistance of counsel because, despite Plaintiff's pro se status, the Court cannot ignore future failures to comply with discovery demands.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGD** as follows:

1. Plaintiff's Emergency Motion for a Continuance for All Discovery Related Matters in Order to Interview/Retain Formal Legal Counsel (ECF No. 77) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff has until **June 5, 2014** to secure counsel to represent her in this case and counsel must file a Notice of Appearance by that date. Failure to secure counsel by June 5th will permit Defendants to renew their discovery motions against Plaintiff, as a pro se litigant.

2. Defendants' Motion to Compel (ECF No. 78) is **DENIED WITHOUT PREJUDICE**.

3.	Defendants' Motion for Extension of Time to File Joint Interim Report and to File Proposed Order Scheduling Mediation (ECF No. 79) is **GRANTED**.  Defendants may renew their efforts to file a Joint Interim Report after the June 5th deadline.  Plaintiff, with or without counsel, must comply with the Court's order requiring that the parties file a joint interim report and proposed scheduling order.

4.	Defendants' Motion to Compel Plaintiff to Appear for Deposition (ECF No. 82) is **DENIED WITHOUTH PREJUDICE**.

**DONE AND ORDERED** at Chambers, in Fort Lauderdale, Florida on May 16, 2014.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Robert N. Scola, Jr.
All Counsel of Record