UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NANCIE JEAN CUMMINGS,**

    Plaintiff,                              Case No.:  13-cv-22042-Scola/Seltzer

vs.

**REBECCA M. BLANK (former) and
CAMERON F. KERRY, Secretary,
DEPARTMENT OF COMMERCE,
NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,
KATHRYN D. SULLIVAN, Acting NOAA
Administrator, DR. CLARENCE E. PORCH, as an
individual, DR. NANCY BRUCE THOMPSON, as an
individual, DR. GERALD P. SCOTT, as an
individual, DR. THEOPHILUS BRAINERD, as an
individual, DR. BONNIE PONWITH, as an
individual, TYRA DENT SMITH, as an
individual, DR. PETER THOMPSON, as an
individual, TODD G. GEDAMKE, as an
individual, BENITA D. PARKS, as an individual,**

    Defendants.
_____/

## DEFENDANT, TODD G. GEDAMKE AND DR. GERALD P. SCOTT'S RESPONSE TO DEFENDANTS' MOTION FOR STAY OF DISCOVERY AND RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION

    Defendants, Todd G. Gedamke ("Mr. Gedamke") and Dr. Gerald P. Scott ("Dr. Scott"), by and though undersigned counsel, hereby file their Response to Defendants' Motion for Stay of Discovery and Response to Plaintiff's Request for Clarification, and in support thereof states:

    1.    On August 12, 2013, the *pro se* Plaintiff filed her two-count Complaint against Mr. Gedamke and Dr. Scott, in their individual capacities, alleging violations of Title VII and the ADEA.

2. Dr. Scott filed a Motion to Dismiss [DE 13] on December 20, 2013, arguing, *inter alia*, that Title VII and the ADEA do not provide for a private cause of action against federal employees in their individual capacity. Arguing these same grounds, Mr. Gedamke filed his Motion to Dismiss [DE 15] on December 24, 2013. Both of those motions are still pending.

3. On June 9, 2014, the Defendants, Cameron Kerry, Secretary of Commerce, NOAA; Kathryn Sullivan, Acting NOAA Administrator; Clarence Porch; Nancy Thompson; Theophilus Brainerd; Tyra Smith; Benita Parks; Bonnie Ponwith; and Peter Thompson), filed Defendants' Motion for Stay of Discovery and Response to Plaintiff's Request for Clarification [DE 85 and 86].

4. Mr. Gedamke and Dr. Scott do not oppose, and in fact join, Defendants' request to stay discovery until this Court rules on the pending Motions to Dismiss.

5. The Eleventh Circuit has stated that "[f]acial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should ... be resolved before discovery begins." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir.1997). It has also stated that the "[t]he defense of sovereign or qualified immunity protects government officials not only from having to stand trial, but from having to bear the burdens attendant to litigation, including pretrial discovery." *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1252 (11th Cir.2004). Therefore, courts have noted that subjecting officials to traditional discovery concerning acts for which they are likely immune would undercut the protection immunity was meant to afford. *Id*.

BROAD AND CASSEL

100 North Tampa Street, Suite 3500
Tampa, FL 33602
Phone: (813) 225-3020
Fax:     (813) 225-3039

By: /s/ Kelly B. Holbrook
    KELLY B. HOLBROOK
    Florida Bar No. 527084
    kholbrook@broadandcassel.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2014, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.  I also certify that the foregoing document is being served today by U.S. Mail to:

Nancie Jean Cummings,
5030 SW 73rd Terrace
Miami, FL 33143

/s/ Kelly B. Holbrook

4830-6014-0571.1