UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NANCIE JEAN CUMMINGS,

      **Plaintiff,**                **Case No.:  13-cv-22042-Scola/Seltzer**

vs.

REBECCA M. BLANK (former) and
CAMERON F. KERRY, Secretary,
DEPARTMENT OF COMMERCE,
NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,
KATHRYN D. SULLIVAN, Acting NOAA
Administrator, DR. CLARENCE E. PORCH, as an
individual, DR. NANCY BRUCE THOMPSON, as an
individual, DR. GERALD P. SCOTT, as an
individual, DR. THEOPHILUS BRAINERD, as an
individual, DR. BONNIE PONWITH, as an
individual, TYRA DENT SMITH, as an
individual, DR. PETER THOMPSON, as an
individual, TODD G. GEDAMKE, as an
individual, BENITA D. PARKS, as an individual,

      **Defendants.**
_____/

## DEFENDANT, TODD G. GEDAMKE AND DR. GERALD P. SCOTT'S RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION

      Defendants, Todd G. Gedamke ("Mr. Gedamke") and Dr. Gerald P. Scott ("Dr. Scott"), by and though undersigned counsel, hereby file their Response to Plaintiff's Request for Clarification, and in support thereof states:

      1.      On August 12, 2013, the *pro se* Plaintiff filed her two-count Complaint against Mr. Gedamke and Dr. Scott, in their individual capacities, alleging violations of Title VII and the ADEA.

2.      Dr. Scott filed a Motion to Dismiss [DE 13] on December 20, 2013, arguing, *inter alia*, that Title VII and the ADEA do not provide for a private cause of action against federal employees in their individual capacity.  Arguing these same grounds, Mr. Gedamke filed his Motion to Dismiss [DE 15] on December 24, 2013.  Both of those motions are still pending.

3.      On June 9, 2014, Plaintiff filed her Request for Clarification of the Order, "Docket 89 Omnibus Order on Plaintiff's Motion for Continuance and Discovery Related Motions" and 2) A Request for a Further Continuance with Respect to Obtaining Counsel as Well as All Other Discovery Related Matters. [DE 84]

4.      In the proposed Order attached to the Request [DE 84], Plaintiff seeks the following relief: (a) "A continuance to obtain legal counsel until this Court rules on all of the Motions and Responses that are pending or such further time that this Court deems appropriate"; and (b) "A continuance on all and any discovery or related matters until the court rules on all of the Motions and Responses that are pending or such further time that this Court deems appropriate."

5.      Mr. Gedamke and Dr. Scott do not oppose Plaintiff's request that the Court stay discovery until this Court rules on the pending Motions to Dismiss filed by them, and other Defendants.

BROAD AND CASSEL

100 North Tampa Street, Suite 3500
Tampa, FL 33602
Phone: (813) 225-3020
Fax:    (813) 225-3039

By: /s/ Kelly B. Holbrook
KELLY B. HOLBROOK
Florida Bar No. 527084
kholbrook@broadandcassel.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on June 12, 2014, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF system.  I also certify that the foregoing document is being served today by U.S. Mail to:

Nancie Jean Cummings,
5030 SW 73rd Terrace
Miami, FL 33143


/s/ Kelly B. Holbrook

4836-9066-3451.1